UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**IN ADMIRALTY**

NIGEL MORGAN, as owner, for exoneration
from or limitation of liability, of a 2018, 37'
Intrepid motor vessel bearing hull
identification number IBW37936F7108,

      Petitioner,

v.                                        Case No:  2:21-cv-865-JLB-MRM

JOHN/JANE DOE,

      Defendant/Third Party Plaintiff.

                        /

## ORDER

The Magistrate Judge has entered a Report and Recommendation,

recommending that Petitioner Nigel Morgan's Unopposed Motion for Default

Judgment (Doc. 23) be granted, and final default judgment be entered against all

individuals and entities who have not filed a claim within these proceedings.

(Doc. 24.)   Dale Everman filed an answer and claim in this case on February 1,

2022.   (Doc. 10.)   No other potential claimants to this action have filed answers,

claims, or otherwise appeared and the time to do so has expired.

A district judge may accept, reject, or modify a magistrate judge's report and

recommendation.   28 U.S.C. § 636(b)(1).   In the absence of objections, a district

judge is not required to review the factual findings in the report de novo, but legal

conclusions are reviewed de novo even without an objection.   Id.; Cooper-Houston v.

S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993).

After an independent review of the record, and noting the lack of any objection, the Court agrees with the well reasoned Report and Recommendation.

Accordingly, it is **ORDERED**:

1.      The Report and Recommendation (Doc. 24) is **ADOPTED**.

2.      The Unopposed Motion for Default Judgment (Doc. 23) is **GRANTED**.

3.      The Clerk is **DIRECTED** to enter final default judgment against all persons and entities that have not filed a claim in this action by the February 1, 2022 deadline.

**ORDERED** at Fort Myers, Florida, on March 28, 2022.

_____

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE